1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MILES R. HUITT, an individual, | Case No. 5:08-cv-01273-JZ-AJWx |
| Plaintiff, | **The Hon. Jack Zouhary** |
| vs. | ~~PROPOSED~~ **ORDER RE: STIPULATION RE: DISMISSAL** |
| CITY OF LONG BEACH, et al., | |
| Defendants. | (Stipulation re: Dismissal *filed concurrently herewith*) |

Case No.: 5:08-cv-01273-JZ-AJWx

**PROPOSED ORDER RE STIP RE DISMISSAL**

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that:

1. The parties shall bear their own costs and fees incurred in connection with the prosecution and/or the defense of this action against each of the parties;
2. This Court shall retain jurisdiction to enforce the terms of the settlement agreement; *and*
3. This case is DISMISSED, with prejudice.

**IT IS SO ORDERED.**

DATED: January 25, 2011

> s/ Jack Zouhary
> The Hon Jack Zouhary
> UNITED STATES DISTRICT JUDGE